STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

## NOT DESIGNATED FOR PUBLICATION

David Bennett Parnell, Jr.
Attorney at Law
3421 N. Causeway Blvd, Ste 900
Metairie LA 70002

Thomas Glenn Buck
Attorney at Law
3421 N. Causeway Blvd., #900
Metairie LA 70002

**REHEARING ACTION: June 25, 2014**

**Docket Number: 14   00346-CW**

**STONETRUST COMMERCIAL INSURANCE
COMPANY, INC., ET AL.
VERSUS
ENTERGY GULF STATES LOUISIANA,
LLC, ET AL.
***consolidated with***
JAMES OWENS, JR.
VERSUS
ENTERGY LOUISIANA, LLC, ET AL.**

**Writ Application from Concordia Parish Case No. 45-959 c/w 45-974**

**BEFORE JUDGES:**

**Hon. Jimmie C. Peters
Hon. Marc T. Amy
Hon. Elizabeth A. Pickett
Hon. James T. Genovese
Hon. Shannon J. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the ruling for

the application for rehearing en banc filed by **First Financial Insurance Compan** is:

> **Application for Rehearing Not Considered.  Rule 2-18.7, Uniform Rules
> of the Louisiana Courts of Appeal.**

cc: Patrick Dominic DeRouen, Counsel for  the Respondent
    Laurie Lee DeArmond, Counsel for  the Respondent
    David Thomas Butler, Jr., Counsel for  the Respondent
    Charles J. Duhe, Jr., Counsel for  the Respondent
    Heidel Ann Schneider, Counsel for  the Respondent
    R. O'Neal Chadwick, Jr., Counsel for  the Respondent
    Joseph B. Stamey, Counsel for  the Respondent
    Daniel Randolph Street, Counsel for  the Respondent
    Daniel R. Atkinson, Jr., Counsel for  the Respondent